UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21444-CIV-DIMITROULEAS

VICTOR ARIZA,

    Plaintiff,

vs.

LE CREUSET OF AMERICA, INC.,
a foreign profit corporation
doing business as
Le Creuset,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 15], filed herein on September 2, 2025. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 15] is hereby **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 3rd day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record